FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 06 2017 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SETH BURROUGHS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VINCE HOLDING CORP., BRENDAN L. HOFFMAN, and DAVID STEFKO,<br><br>Defendants. | Case No. 17-CV-02757 (KAM)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

WHEREAS:

1. On May 5, 2017, Plaintiff Seth Burroughs filed a class action, alleging violations of the federal securities laws against Vince Holding Corp. ("Vince"), Brendan L. Hoffman, and David Stefko (ECF No. 1); and

2. On August 3, 2017, the Court issued an order appointing Plaintiff Seth Burroughs lead plaintiff ("Lead Plaintiff") and approving The Rosen Law Firm, P.A. as lead counsel (ECF. No. 14);

3. Lead Plaintiff wishes to dismiss this action voluntarily, without prejudice; and

4. Lead Plaintiff has not moved for nor has the Court granted certification of a class,

NOW THEREFORE, the parties, through their counsel, agree that pursuant to F.R.C.P. 41(a)(1)(A)(ii), Lead Plaintiff Seth Burroughs hereby voluntarily dismisses this action, without prejudice, against all Defendants, and that Lead Plaintiff shall bear his own fees and costs incurred to date in this action and all Defendants shall bear their own fees and costs incurred to date in this action.

Dated: October 2, 2017

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Leah Heifetz*
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone:   (215)-600-2817
Email:        lheifetz@rosenlegal.com

Laurence M. Rosen
Phillip Kim, Esq.
275 Madison Avenue, Suite 440
New York, NY CA 90071
Telephone:   (212) 686-1060
Email:        lrosen@rosenlegal.com
              pkim@rosenlegal.com

*Counsel for Lead Plaintiff*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Gregory F. Laufer*
Daniel J. Kramer
Gregory F. Laufer
Michael J. Biondi
1285 Avenue of the Americas
New York, NY 10019
Telephone:   (212) 373-3000
Email:        dkramer@paulweiss.com
              glaufer@paulweiss.com
              mbiondi@paulweiss.com

*Counsel for Defendants*

SO ORDERED, this _2_ day of _October_, 2017

s/ KAM
THE HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE
Brooklyn, New York